UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK RUBENSTEIN,<br><br>　　　　Plaintiff,<br><br>　-v-<br><br>PUREBASE CORP. and ARTHUR SCOTT DOCKTER,<br><br>　　　　Defendants. | 23-cv-17 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　On January 25, 2023, the Court held a telephonic status conference in the above-captioned case at which counsel for all parties were present. Counsel informed the Court that the parties had reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

　　SO ORDERED.

New York, NY
January 25, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1